UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AOL LLC and PLATFORM-A, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ADVERTISE.COM, INC. f/k/a INTERNEXT MEDIA CORP.,<br><br>    Defendant. | Civil Action No. 1:09CV910-LMB/TCB |

### EMERGENCY MOTION TO COMPEL PERSONAL JURISDICTION DISCOVERY

Plaintiffs AOL LLC ("AOL LLC") and Platform-A, Inc. ("Platform-A") (collectively referred to as "AOL"), through their attorneys, and pursuant to Fed. R. Civ. P. 26 and 37, respectfully move the Court to compel Defendant to respond to personal jurisdiction discovery. AOL seeks this emergency relief because the parties have been unable to come to an agreement and the date for AOL to respond to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction is imminent.

For the reasons set forth in the accompanying memorandum of law, AOL respectfully requests that the Court grant the Emergency Motion to Compel Personal Jurisdiction Discovery and order Defendant to produce: (1) its comprehensive and un-redacted email contact list, customer contact list, telephone logs, and other lists reflecting the persons with whom Advertise.com has communicated (and persons who have communicated with Advertise.com) via electronic means (including via email, Twitter, and through the creation of user accounts, submissions and messages sent through defendant's web sites); and (2) all customer contracts responsive to Document Request Nos. 2, 9 and 10.

DATED: September 25, 2009

Respectfully submitted,

AOL LLC and PLATFORM-A, INC.

By Counsel

/s/ Jodie Herrmann
Brian C. Riopelle (VSB # 36454)
Robert M. Tyler (VSB #37861)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone:    (804) 775-1000
Facsimile:    (804) 775-1061
briopelle@mcguirewoods.com
rtyler@mcguirewoods.com

Jodie Herrmann (VSB #73035)
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102
Telephone:    (703) 712-5438
Facsimile:    (703) 712-5282
jherrmann@mcguirewoods.com

Lee J. Eulgen (admitted pro hac vice)
Sarah E. Smith (admitted pro hac vice)
Hillary I. Schroeder (admitted pro hac vice)
NEAL, GERBER & EISENBERG LLP
2 N. LaSalle Street, Suite 1700
Chicago, Illinois 60602-3801
Telephone: (312) 269-8000
Facsimile: (312) 269-1747

Attorneys for Plaintiffs
AOL LLC and PLATFORM-A, INC.

## CERTIFICATE OF SERVICE

      I certify that on September 25, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notification of Electronic Filing (NEF) to the following:

        Rajesh C. Noronha (VSB No. 75259)
        Attorney for Defendant
        Buchanan Ingersoll & Rooney PC
        1737 King Street, Suite 500
        Alexandria, VA 22314-2727
        rajesh.noronha@bipc.com

                                    /s/ Jodie Herrmann
                                    Jodie Herrmann (VSB #73035)
                                    Attorney for Plaintiffs
                                    McGuireWoods LLP
                                    1750 Tysons Boulevard, Suite 1800
                                    McLean, Virginia 22102
                                    Telephone:    (703) 712-5438
                                    Facsimile:     (703) 712-5282
                                    jherrmann@mcguirewoods.com