UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 09-5983-VBF(CWx)**\* lead case          Dated: **December 14, 2009**
            **CV 09-7374-VBF(CWx)**

Title:      AOL, LLC, et al. *-v-* Advertise.Com, Inc.
            Advertise.com, Inc. *-v-* AOL, LLC, et al.

---

PRESENT:    HONORABLE VALERIE BAKER FAIRBANK, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Kendra Bradshaw | Rosalyn Adams |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

|  |  |
|---|---|
| Andrew Selesnick | Karin G. Pagnanelli |
| Torin A. Dorros | Lee Eulgen |
| Brett A. Garner |  |
| Lloyd Smith |  |

**PROCEEDINGS:    DEFENDANT ADVERTISE.COM'S MOTION TO DISMISS (dkt. #128)**

    Case called, and counsel make their appearance.

    The Court has received, read, and considered Defendant Advertise.com's Motion to Dismiss for Failure to State a Claim Pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6) ("Motion") (dkt. #128); Plaintiffs AOL, LLC, and AOL Advertising Inc., f/k/a Platform-A, Inc.'s (collectively "AOL") Opposition (dkt #138); and Advertise.com's Reply (dkt. #151).

Initials of Deputy Clerk   kb

As more fully reflected on the record, the Court gives the tentative ruling for Defendant Advertise.com's Motion to Dismiss.

The Court tentatively grants the Motion to Dismiss with leave to amend as to the Fourth Claim for Relief pursuant to California Business and Professions Code sections 17200 et seq. as AOL has not sufficiently pled an "injury in fact" and therefore lacks standing to assert this claim. *Buckland v. Threshold Enters. Ltd.*, 155 Cal. App. 4th 798, 817 (Ct. App. 2007).

The Court tentatively denies the Motion to Dismiss as to the First, Second, and Third Claims for Relief as these claims are adequately alleged. The arguments raised by Advertise.com that the marks ADVERTISING.COM and AD.COM are generic is a factual determination that cannot be made at this Motion to Dismiss stage. *Yellow Cab Co. of Sacramento v. Yellow Cab of Elk Grove, Inc.*, 419 F.3d 925, 929 (9th Cir. 2005); *Films of Distinction, Inc. v. Allegro Film Prods.*, 12 F. Supp. 2d 1068, 1075 (C.D. Cal. 1998). AOL has also alleged common law rights to AD.COM.

Although not properly noticed as a Motion to Strike, the Defendant asks the Court to strike the request for damages and attorneys' fees sought pursuant to California Business and Professions Code sections 17200 et seq. As AOL concedes that it is only seeking injunctive relief and not damages or attorneys' fees for their section 17200 claim, the request for damages and attorneys' fees are tentatively stricken.

The Court hears arguments from counsel and orders that the tentative ruling shall be the order of the Court. The Court grants AOL 15 days leave to amend its Fourth Claim for Relief, and Advertise.com 15 days to respond.

Initials of Deputy Clerk ___kb___