# EXHIBIT 12

# The American Heritage® Dictionary

## *of the English Language*

FOURTH EDITION



NOTICE: THIS MATERIAL MAY BE PROTECTED BY COPYRIGHT LAW TITLE 17 U.S. CODE.



HOUGHTON MIFFLIN COMPANY
Boston   New York

Exhibit 12-63

Case 2:09-cv-07374-VBF-CW   Document 190-14   Filed 01/11/10   Page 3 of 4   Page ID #:5891

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2006, 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

ISBN-13: 978-0-618-70172-8
ISBN-10: 0-618-70172-9
ISBN-13: 978-0-618-70173-5 (hardcover with CD-ROM)
ISBN-10: 0-618-70173-7 (hardcover with CD-ROM)

Visit our websites: www.houghtonmifflinbooks.com
*or* www.ahdictionary.com

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.–4th ed.
    p.   cm.
   ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1
   (hardcover with CD ROM)
   1. English language–Dictionaries
PE1628 .A623 2000
423–dc21
                                                                              00-025369

Manufactured in the United States of America

Exhibit 12-64


double bass


double-breasted
double-breasted coat dress


double-decker

ters, numbers, or punctuation. **4.** *Mathematics* **a.** A decimal point. **b.** A symbol (·) indicating multiplication, as in 2 · 4 = 8. **5.** *Music* A mark after a note indicating an increase in time value by half. **6.** *Computer Science* A period, as used as in URLs and e-mail addresses, to separate strings of words, as in www.hmco.com. ❖ *v.* **dot•ted, dot•ting, dots** —*tr.* **1.** To mark with a dot. **2.** To form or make with dots. **3.** To cover with or as if with dots: "*Campfires, like red, peculiar blossoms, dotted the night*" (Stephen Crane). —*intr.* To make a dot. —*idiom:* **on (or at) the dot** Exactly at the appointed time; punctual or punctually: *arrived at nine o'clock on the dot.* [Middle English *\*dot,* from Old English *dott,* head of a boil.] —**dot′ter** *n.*

**dot²** (dŏt, dō) *n.* A woman's marriage portion; a dowry. [French, from Latin *dōs, dōt-,* dowry. See **dō-** in Appendix I.] —**do′tal** (dōt′l) *adj.*

**DOT** *abbr.* Department of Transportation

**dot•age** (dō′tĭj) *n.* A deterioration of mental faculties associated with aging. [Middle English, from *doten,* to dote.]

**dot•ard** (dō′tərd) *n.* A person who is in his or her dotage. [Middle English, from *doten,* to dote.]

**dot-com** (dŏt′kŏm′) *adj.* **1.** Of or relating to business conducted on the Internet: *dot-com advertising.* **2.** Of or relating to a company whose products or services deal with or are sold on the Internet: *a dot-com brokerage firm.* ❖ *n.* A dot-com company. [Pronunciation of .COM.]

**dot-com•mer** (dŏt′kŏm′ər) *n.* One who works, especially in a professional or managerial capacity, for an Internet business.

**dote** (dōt) *intr.v.* **dot•ed, dot•ing, dotes** To show excessive love or fondness: *dote on their only child.* [Middle English *doten.*] —**dot′er** *n.*

**doth** (dŭth) *v. Archaic* A third person singular present tense of **do¹.**

**Do•than** (dō′thən) A city of southeast Alabama near the Florida border. Population: 57,700.

**dot matrix** *n.* A dense grid of dots or pins used to form characters or designs, as by some computer printers and visual display units.

**dot product** *n.* See **scalar product.** [From the use of a dot to indicate the function, as in *x · y.*]

**dot•ted swiss** (dŏt′ĭd) *n.* A sheer, crisp cotton fabric, embellished with woven, flocked, or embroidered dots.

**dot•tle** (dŏt′l) *n.* The plug of tobacco ash left in the bowl of a pipe after it has been smoked. [From DOT¹, lump (obsolete).]

**dot•ty** (dŏt′ē) *adj.* **-ti•er, -ti•est 1a.** Mentally unbalanced; crazy. **b.** Amusingly eccentric or unconventional. **c.** Ridiculous or absurd: *a dotty scheme.* **2.** Having a feeble or unsteady gait; shaky. **3.** Obsessively infatuated or enamored. [Probably alteration of Scots *dottle,* silly, from Middle English *doten,* to dote.] —**dot′ti•ly** *adv.* —**dot′ti•ness** *n.*

**Dou•ai** (dōō-ā′) Formerly **Dou•ay** (dōō-ā′). A town of northern France northeast of Amiens. An English translation of the Bible in the late 15th and early 16th centuries was produced at a Roman Catholic college for English priests here. Population: 42,000.

**Dou•a•la** also **Du•a•la** (dōō-ä′lä) The largest city of Cameroon, in the southwest part of the country on the Bight of Biafra. It is the country's chief port. Population: 1,330,000.

**Dou•ay Bible** (dōō′ā, dōō-ā′) *n.* The first English translation of the Latin Vulgate Bible authorized by the Roman Catholic Church. The Old Testament was published in 1582, the New Testament in 1609-10. Also called **Douay Version.** [After DOUAI.]

**dou•ble** (dŭb′əl) *adj.* **1.** Twice as much in size, strength, number, or amount: *a double dose.* **2.** Composed of two like parts: *double doors.* **3.** Composed of two unlike parts; dual: *a double meaning; a double role for an actor.* **4.** Accommodating or designed for two: *a double bed; a double room.* **5.** Characterized by duplicity; deceitful: *speak with a double tongue.* **6.** *Botany* Having many more than the usual number of petals, usually in a crowded or an overlapping arrangement: *a double chrysanthemum.* ❖ *n.* **1.** Something increased twofold. **2.** One that closely resembles another; a duplicate. **3a.** An actor's understudy. **b.** An actor who takes the place of another actor in scenes requiring special skills or preparations: *a stunt double; a body double.* **4.** An apparition; a wraith. **5a.** A sharp turn in a direction of movement; a reversal. **b.** A sharp, often devious change in position or argument; a shift. **6. doubles** *Sports* A form of a game, such as tennis or handball, having two players on each side. **7.** *Baseball* See **two-base hit. 8.** *Games* **a.** A bid in bridge indicating strength to one's partner; a request for a bid. **b.** A bid doubling one's opponent's bid in bridge, thus increasing the penalty for failure to fulfill the contract. **c.** A hand justifying such a bid. ❖ *v.* **-bled, -bling, -bles** —*tr.* **1.** To make twice as great. **2.** To be twice as much as: *doubled the score of his opponent.* **3.** To fold in two. **4.** To clench (one's fist). **5.** To duplicate; repeat. **6.** To turn (an enemy spy) into a double agent. **7.** *Baseball* **a.** To cause the scoring of (a run) by hitting a two-base hit. **b.** To advance or score (a runner) by hitting a two-base hit. **8.** *Baseball* To put out (a runner) as the second part of a double play. **9.** *Games* To challenge (an opponent's bid) with a double in bridge. **10.** *Music* To duplicate (another part or voice) an octave higher or lower or in unison. **11.** *Nautical* To sail around: *double a cape.* —*intr.* **1.** To be increased twofold: *The debt soon doubled.* **2.** To turn sharply or all the way around; reverse one's course: *had to double back to touch the missed base.* **3.** To serve in an additional capacity: *a frying pan that doubles as a pie tin; a conductor who doubles as a pianist.* **4.** To replace an actor in the actor's absence or in a certain scene. **5.** *Baseball* To hit a two-base hit. **6.** *Games* To announce a double in bridge. ❖ *adv.* **1.** To twice the amount or extent; doubly: *paid double for the customized car.* **2.** Two together; in pairs: *sleeping double.* **3.** In two: *bent double.* —*phrasal verb:* **double up 1.** To bend suddenly, as in pain or laughter. **2.** To share accommodations meant for one person. —*idiom:* **on (or at) the double 1.** Immediately. **2.** In double time. [Middle English, from Old French, from Latin *duplus.* See **dwo-** in Appendix I.] —**dou′ble•ness** *n.*

**double agent** *n.* A person pretending to work as a spy for one government while actually working as a spy for another government.

**double bar** *n. Music* A double vertical or heavy black line drawn through a staff to indicate the end of a main section of a composition.

**dou•ble-bar•reled** (dŭb′əl-băr′əld) *adj.* **1.** Having two barrels mounted side by side: *a double-barreled shotgun.* **2.** Serving two purposes; twofold.

**double bass** (bās) *n.* The largest bowed stringed instrument in the modern orchestra, also used frequently in jazz ensembles, especially played pizzicato. The double bass, usually considered a member of the violin family, is tuned in fourths and has the sloping shoulders and flat back characteristic of the viols. It has a deep range, going as low as three octaves below middle C. Also called **bass fiddle, bass viol, bull fiddle, contrabass, string bass.** [DOUBLE, tuned an octave lower than (from the fact that a string or pipe that is twice the length of another gives a pitch an octave lower) + BASS².]

**double bassoon** *n.* See **contrabassoon.**

**double bind** *n.* **1.** A psychological impasse created when contradictory demands are made of an individual, so that no matter which directive is followed, the response will be construed as incorrect. **2.** A situation in which a person must choose between equally unsatisfactory alternatives; a punishing and inescapable dilemma.

**double blind** *n.* A testing procedure, designed to eliminate biased results, in which the identity of those receiving a test treatment is concealed from both administrators and subjects until after the study is completed. —**dou′ble-blind′** (dŭb′əl-blīnd′) *adj.*

**double boiler** *n.* A cooking utensil consisting of two nested pans, designed to allow slow, even cooking or heating of food in the upper pan by the action of water boiling in the lower.

**double bond** *n.* A covalent bond in which two electron pairs are shared between two atoms.

**dou•ble-book** (dŭb′əl-bŏŏk′) *tr.v.* **-booked, -book•ing, -books 1.** To overbook (an airline flight, for example). **2.** To make two reservations for (a seat or hotel room, for example) in order to be certain of obtaining one.

**dou•ble-breast•ed** (dŭb′əl-brĕs′tĭd) *adj.* **1.** Fastened by lapping one edge of the front of a garment well over the other and usually having a double row of buttons with one row of buttonholes. Used especially of a coat or jacket. **2.** Having a double-breasted coat: *a double-breasted suit.*

**double check** *n.* A careful reinspection or reexamination to assure accuracy or proper condition; verification. —**dou′ble-check′** *v.*

**double chin** *n.* A fold of fatty flesh beneath the chin.

**dou•ble-click** (dŭb′əl-klĭk′) *v.* **-clicked, -click•ing, -clicks** —*tr.* To press down and release a button on (a pointing device) twice in rapid succession in order to activate a command or function represented graphically on a display screen. —*intr.* To double-click a pointing device.

**double coconut** *n.* See **coco-de-mer.**

**dou•ble-cross** (dŭb′əl-krôs′, -krŏs′) *tr.v.* **-crossed, -cross•ing, -cross•es** To betray by acting in contradiction to a prior agreement. See Synonyms at **deceive.** ❖ *n.* **1.** often **double cross** An act of betraying an ally, a friend, or an associate. **2. double cross** *Genetics* A cross in which each parent is the product of a single cross. It can be represented as AB × CD, where A, B, C, and D are inbred lines. —**dou′ble-cross′er** *n.*

**double dagger** *n.* A reference mark (‡) used in printing and writing. Also called **diesis.**

**double date** *n.* A date in which two couples participate. —**dou′ble-date′** (dŭb′əl-dāt′) *v.*

**Dou•ble•day** (dŭb′əl-dā′), **Abner** 1819–1893. American army officer traditionally considered the inventor of baseball, although a game similar to baseball predates him.

**dou•ble-deal•ing** (dŭb′əl-dē′lĭng) *adj.* Characterized by duplicity; deceitful; treacherous. ❖ *n.* Duplicity or deceit; treachery. —**dou′ble-deal′er** *n.*

**dou•ble-deck•er** (dŭb′əl-dĕk′ər) *n.* Something, such as a vehicle, structure, or sandwich, that has two decks, floors, or layers.

**double decomposition** *n.* A chemical reaction between two compounds in which the first and second parts of one reactant are united, respectively, with the second and first parts of the other reactant.

**dou•ble-dig•it** (dŭb′əl-dĭj′ĭt) *adj.* Being between 10 and 99 percent: *double-digit inflation.*

**double dipping** *n.* The practice of drawing two incomes from the government, usually by holding a government job and receiving a pension, as for prior military service. —**double dipper** *n.*

**dou•ble-dip recession** (dŭb′əl-dĭp′) *n.* A recession characterized by a brief intermediate period of economic recovery.

**double dribble** *n. Basketball* An illegal dribble in which a player uses both hands simultaneously to dribble the ball or begins to dribble the ball a second time after having come to a complete stop.

**double dutch** also **double Dutch** (dŭch) *n.* A game of jump rope in which players jump over two ropes swung in a crisscross formation by two turners.

**dou•ble-edged** (dŭb′əl-ĕjd′) *adj.* **1.** Having two cutting edges: *a double-edged blade.* **2a.** Effective or capable of being interpreted in two ways: *double-edged praise.* **b.** Having a dual purpose: *combat troops with a double-edged mission.*

**dou•ble-en•ten•dre** (dŭb′əl-än-tän′drə, dōō-blän-tän′drə) *n.* **1.** A word or phrase having a double meaning, especially when the second meaning is risqué. **2.** The use of such a word or phrase; ambiguity. [Obsolete French : *double,* double + *entendre,* to mean, interpretation.]

**double entry** *n.* A method of bookkeeping in which a transaction





Exhibit 12-65